ORIGINAL

FILED
FEB 14 2005
U.S. COURT OF FEDERAL CLAIMS

ECF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ARBITRAJE CASA DE CAMBIO, S.A. DE C.V., *et al.*,**

**Plaintiffs,**

**v.**

**UNITED STATES POSTAL SERVICE, *et al.*,**

**Defendants.**

05- 217C

**Civil Action No. 02-0777 (RMC)**

**ORDER**

For the reasons stated in the Memorandum Opinion separately and contemporaneously issued this 30th day of November, 2004, it is hereby

**ORDERED** that the Motion to Transfer is **GRANTED**. This case shall be **TRANSFERRED** to the Court of Federal Claims.

**SO ORDERED.**

DATE: November 30, 2004.

/s/
ROSEMARY M. COLLYER
United States District Judge

ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 11-30-04

NANCY MAYER-WHITTINGTON, CLERK
By: ________

43