ORIGINAL

# In the United States Court of Federal Claims

FILED
JUL 6 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A.** | * | |
| *Plaintiffs*, | * | Case No. 05-217C |
| v. | * | Filed: JUL 6 2005 |
| **THE UNITED STATES,** | * | Senior Judge Smith |
| *Defendant*. | * | |

**ORDER**

This matter was transferred to this Court by the U.S. District Court for the District of Columbia on February 14, 2005. To date, the Plaintiff has not filed an Amended Complaint in accord with the dictates of R.C.F.C. 3.1(a)(2). Therefore Plaintiff is ORDERED to Show Cause why Case No. 05-217C should not be DISMISSED for Failure to Prosecute by Tuesday, July 19, 2005.

**It is so ORDERED.**

LOREN A. SMITH
Senior Judge