# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A.** | * | |
| *Plaintiffs*, | * | Case No. 05-217C |
| v. | * | Filed: Wednesday, August 17, 2005 |
| **THE UNITED STATES**, | * | Senior Judge Smith |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

In response to this Court's Show Cause Order, Plaintiff electronically filed its Amended Complaint on July 19, 2005. However, because the attorney of record is not yet a member of the bar of the Court of Federal Claims, the Court **ALLOWS** Plaintiff's Submission **BY LEAVE**. Defendant will, therefore, have 60 days from today's date, within which to file its Answer or other responsive pleading. The Court further **ORDERS** Plaintiff's attorney of record to contact Harold Wymbs, in the office of the Clerk of Court, at 202-357-6429 to arrange bar membership or to pursue substitution.

**It is so ORDERED**.

/s Loren A. Smith

LOREN A. SMITH
Senior Judge