# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *

**ARBITRAJE CASA DE CAMBIO, S.A., et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

Case No. 05-217C

Senior Judge Smith

Filed: October 20, 2005

## ORDER

This matter was transferred to this Court by the United States District Court for the District of Columbia on February 14, 2005.

Plaintiffs electronically filed their Amended Complaints on July 19, 2005. Plaintiffs, however, failed to comply with RCFC 3.1, which requires the filing hard copies of the Complaint, with an original and seven (7) copies.

The Court hereby **STRIKES** the Amended Complaints and **ORDERS** the Plaintiffs to file their Amended Complaint in compliance with the rules of this Court. Plaintiffs shall file hard copies of their Amended Complaint on or before Thursday, October 27, 2005.

The Defendant's deadline for filing its Answer will be sixty (60) days after the proper filing of Plaintiffs' Amended Complaint.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge