# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * * * | |
| *Plaintiffs*, | * | Case No. 05-217C |
| | * | |
| v. | * | Senior Judge Smith |
| | * | |
| **THE UNITED STATES**, | * | Filed: February 23, 2006 |
| | * | |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

The Court hereby GRANTS the Defendant's Unopposed Motion for Enlargement of Time to Respond to Complaint dated February 22, 2006. The Defendant's response shall be filed on or before April 10, 2006.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge