**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, S.A. DE CV.; *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 05-217C<br>Senior Judge Smith |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**TO OPPOSE DEFENDANT'S MOTION TO DISMISS**

Plaintiffs respectfully request an enlargement of time of forty-five ( 45) days, to and including June 22, 2006, within which to file their opposition to Defendant's Motion to Dismiss, filed on or about April 10, 2006. Plaintiffs' opposition to Defendant's Motion is currently due May 8, 2006. This is the first requested extension.

Counsel for Defendant has consented to the requsted enlargement. Defendant requested, and received, two enlargements of time to respond to Plaintiffs' Amended Complaint. Defendant's first enlargement was for 59 days, and the second was for 45 days.

Defendant's Motion raises substantial questions concerning this Court's jurisdiction based on the Contract Disputes Act, sovereign immunity, and the unmistakability doctrine, in addition to questioning the legal sufficiency of Plaintiffs' claims. Based on the issues raised in the Defendant's Motion, and based on the litigation schedule and time commitments of lead counsel in this matter,

Richard H. Middleton, Jr., Plaintiffs require the additional time requested in order to respond to the Defendant's Motion to Dismiss.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting them an enlargement of time of forty-five ( 45) days, to and including June 22, 2005, within which to file their opposition to Defendant's Motion to Dismiss.

__s/ Howard G. Slavit_______
Howard G. Slavit, Esq.
Saul Ewing LLP
1025 Thomas Jefferson St., N.W.
Suite 425 West
Washington, D.C. 20007
(202) 295-6600
(202) 295-6700 Fax

__s/ Richard H. Middleton, Jr.__
Richard H. Middleton, Jr., Esq.
The Middleton Firm, L.L.C
58 East Broad Street
Savannah, GA 31401
(912) 234-1133 Tel.
(912) 233-1750 Fax
Attorneys for Plaintiffs