# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| *Plaintiffs*, | * | Case No. 05-217C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES,** | * | Filed: May 11, 2006 |
| *Defendant*. | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby GRANTS the Plaintiffs' Unopposed Motion for Enlargement of Time to Oppose Defendant's Motion to Dismiss dated May 8, 2006. The Plaintiffs' Response to the Defendant's Motion to Dismiss (dkt # 15) shall be filed on or before June 22, 2006.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge