# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, S.A. DE CV.; *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-217C |
| | ) | Senior Judge Smith |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS

Plaintiffs, through local counsel, Howard G. Slavit and Saul Ewing LLP, respectfully request an enlargement of time of sixty (60) days, to and including August 21, 2006, within which to file their opposition to Defendant's Motion to Dismiss, filed on or about April 10, 2006. Plaintiffs' opposition to Defendant's Motion is currently due June 22, 2006. This is the second requested extension.

Counsel for Defendant has consented to the requsted enlargement. Defendant requested, and received, two enlargements of time to respond to Plaintiffs' Amended Complaint. Defendant's first enlargement was for 59 days, and the second was for 45 days.

Defendant's Motion raises substantial questions concerning this Court's jurisdiction based on the Contract Disputes Act, sovereign immunity, and the unmistakability doctrine, in addition to questioning the legal sufficiency of Plaintiffs' claims.

In addition to the complex issues raised in Defendant's Motion to Dismiss, lead counsel and attorney-of-record in this matter, Richard H. Middleton, Jr. and his law firm, The Middleton Firm L.L.C., filed a motion to withdraw on June 8, 2006 that is pending. In view of this recently filed motion, Plaintiffs are currently seeking to locate other counsel to represent them in this

matter. Consequently, Plaintiffs will need additional time both to locate suitable counsel and, once located and retained, for new counsel to become familiar with this matter and the significant and complex issues raised in the Motion to Dismiss, and to prepare and file an appropriate opposition.

The undersigned Howard G. Slavit and Saul Ewing LLP file this Motion in their capacity as local counsel only.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting them an enlargement of time of sixty (60) days, to and including August 21, 2006, within which to file their opposition to Defendant's Motion to Dismiss.

s/ Howard G. Slavit
Howard G. Slavit, Esq.
Saul Ewing LLP
1025 Thomas Jefferson St., N.W.
Suite 425 West
Washington, D.C. 20007
(202) 295-6600
(202) 295-6700 Fax