**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, S.A. DE CV.; *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-217C |
| | ) | Senior Judge Smith |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court hereby GRANTS the Plaintiffs' second unopposed Motion for Enlargement of Time to Oppose Defendant's Motion to Dismiss dated April 10, 2006. Plaintiffs' opposition shall be filed on or before August 21, 2006.

**It is so ORDERED.**

LOREN A. SMITH
Senior Judge