# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| *Plaintiffs,* | * | Case No. 05-217C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: June 28, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court GRANTS the Plaintiffs' Second Unopposed Motion for Enlargement of Time to Oppose Defendant's Motion to Dismiss. The Plaintiffs' Response to the Defendant's Motion to Dismiss (dkt #15) shall be filed on or before August 21, 2006.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge