**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, S.A. DE CV.; *et al*. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-217C |
| | ) | Senior Judge Smith |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, through local counsel, Howard G. Slavit and Saul Ewing LLP, respectfully request an enlargement of time of sixty (60) days, to and including October 20, 2006, within which to file their opposition to Defendant's Motion to Dismiss, filed on or about April 10, 2006. Plaintiffs' opposition to Defendant's Motion is currently due August 21, 2006. This is the third requested extension.

Counsel for Defendant has consented to the requested enlargement. Defendant requested, and received, two enlargements of time to respond to Plaintiffs' Amended Complaint. Defendant's first enlargement was for 59 days, and the second was for 45 days.

Defendant's Motion raises substantial questions concerning this Court's jurisdiction based on the Contract Disputes Act, sovereign immunity, and the unmistakability doctrine, in addition to questioning the legal sufficiency of Plaintiffs' claims.

In addition to the complex issues raised in Defendant's Motion to Dismiss, as explained in Plaintiffs' prior request for an enlargement of time, lead counsel and attorney-of-record in this matter is seeking to withdraw as counsel. Although counsel's motion to withdraw was served on Defendant and provided to the Plaintiffs and undersigned local counsel, undersigned local

counsel has confirmed that the motion was not filed with the Court. Nonetheless, Plaintiffs have been, and are continuing, to seek to locate suitable new counsel to represent them in this matter. Although some progress has been made in this regard, Plaintiffs, which are a group of money exchange houses located in Mexico, have not as yet completed the process of locating and making appropriate arrangements to retain new counsel in the United States. Moreover, once new counsel is retained, new counsel will need a reasonable amount of time to become familiar with the case and the significant and complex issues raised in the Motion to Dismiss and to prepare and file an appropriate opposition.

The undersigned Howard G. Slavit and Saul Ewing LLP file this Motion in their capacity as local counsel only.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting them an enlargement of time of sixty (60) days, to and including October 20, 2006, within which to file their opposition to Defendant's Motion to Dismiss.

__s/ Howard G. Slavit________

Howard G. Slavit, Esq.
Saul Ewing LLP
1025 Thomas Jefferson St., N.W.
Suite 425 West
Washington, D.C. 20007
(202) 295-6600
(202) 295-6700 Fax