# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| *Plaintiffs*, | * | Case No. 05-217C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: August 30, 2006 |
| *Defendant*. | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court has before it the Plaintiffs' Third Unopposed Motion for Enlargement of Time to Oppose Defendant's Motion to Dismiss (dkt #20), filed August 21, 2006. The Plaintiffs are seeking an enlargement of 60 days, up to and including October 20, 2006, to file their Response to the Government's Motion to Dismiss.

This Motion represents the fifth time that the parties have sought an enlargement in this case. The Government was granted two enlargements to file its answer and the Plaintiffs have been granted two previous enlargements to respond to the Government's motion to dismiss.

The Court hereby **GRANTS** the Plaintiffs' Motion. Plaintiffs shall file their Response to the Government's Motion to Dismiss on or before October 20, 2006. Further enlargements shall only be granted for good cause.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge