# EXHIBIT A

UNITED STATES
POSTAL SERVICE

December 23, 1997

Messrs. Manual Abreu
President
and
Jaime Schabes
Vice President Independent Sector
Association Mexicana de
Casas de Cambio A. C.

Gentlemen:

It was a pleasure meeting with both of you, and the other members of your delegation in Washington, DC. I think the meeting was productive and a very good start to finding the solutions to problems relating to the acceptance of International United States Postal Money Orders for negotiation by exchange houses in Mexico. It is important to maintain the open dialogue we have had in order to facilitate the duties we have outlined for ourselves.

I agree that we need to have a letter of intent to outline the parameters of our working group. Your letter of December 18, 1997, outlines, in principle, our discussion at the meeting in Washington and is an excellent starting point. Hopefully we can draft the final letter after our meeting in late January 1988. By breaking up into smaller work groups, it is more likely that we will find solutions and implement a workable plan. Since we do not have the answers now, it is not possible to draft the final letter of intent. We agreed to examine each of the points discussed to determine the feasibility of implementation. The possibility of implementation will be clearer after our next meeting.

In addition to the recommendations you have suggested, we have sent you a draft of a notice which will be conspicuously posted at post offices that sell large numbers of money orders for negotiation in Mexico. The information on the notice will also be given to customers who purchase Postal Money Orders for negotiation in Mexico. We will begin this process of notification once the exchange houses begin accepting the postal money orders again. We think that with this notice and the willingness of the exchange houses in Mexico to obtain photocopies of identification, we will be making a giant step forward in improving the situation.

I look forward to our next meeting and to hearing the reports from the groups who undertook special projects. In the meantime, I think that exchange houses in Mexico should start the process of accepting Postal Money Orders with the assurance that we are working as diligently as possible to streamline the process and make it as workable as possible. Please feel free to contact any member of the group at any time.

Sincerely,

Jayne Schwarz

Jayne Schwarz, Manager
Corporate Accounting
Finance

475 L'Enfant Plaza SW
Washington DC 20260

# EXHIBIT B

UNITED STATES POSTAL SERVICE

January 14, 1998

Mr. Manuel Abreu
President
Asociacion Mexicana de Cases de Cambio A.C.

Mr. Jaime Schabes
Vice President
Independent Sector

Dear Messrs. Abreu and Schabes,

Thank you for joining us in the Washington DC area to outline issues needed to enable cashing of U.S. Postal International Money Orders in Mexico. It was a pleasure working with you and your group. We are sure that, as a group, we can arrive at a mutual agreement for our processes. As you will recall, during the Washington meeting we identified the issues and made suggestions to address those issues. We received your letter of items to be worked on, and based on your response to our previous letter, understand that you would like further clarification.

Mr. Edward Brown, U.S. Postal Service Manager of the St. Louis Accounting Service Center is our point of contact for issues concerning claims. His office is responsible for information and claims on cashed money orders. They, however, do not issue money orders under the direct money order service. Mr. Brown can be reached at 314-436-6950.

We would also like your determination that U.S. International Postal Money Orders will be cashed shortly. It is our intent, as we agreed in our meeting, to work on the following issues:

1. The U.S. Postal Service will not automatically debit your correspondence bank, or collect on our international postal money orders during a grace period that we propose to expire March 31, 1998. This should provide adequate time to establish an agreed upon process. We also proposed to establish a separate group in Mr. Ed Brown's St. Louis Accounting Service Center to review claims and fax them to a central location designated by you. We further agreed that we would not debit your account for a period of time (suggested 72 hours) in order for you to provide documentation. If we had not heard from your centralized point within the established period of time, only then would automatic debits occur.

2. A review to determine the appropriate reduction of the claim period from the current two years is already underway. We believe we can present our proposal during the meeting that the group agreed to hold later this month.

3. As you may recall, Mr. Edward Brown our manager of the St. Louis Accounting Service Center volunteered to host your Casas representative in St. Louis. Along with a member of his staff in St. Louis these individuals will review all claims that you have returned in order to determine their validity for reimbursement. We welcome your participation. This effort can begin at your convenience.

... Plaza SW
... DC 20260

EXHIBIT 3

4. A committee was named in order to return original items to the Mexican financial institutions. We understand that you need original documents in order to proceed collecting these items through the proper legal channels. During our December meeting, we suggested that the committee of James Parrott, Ruben Trevino, and Manuel Abreu report on resolution of this issue at the next joint working together meeting. We believe that this issue can be readily completed with the development of a methodology letter.

5. Establishment of a written and watch procedure. The buyer talks have been developed by Diana McWhite of the U.S. Postal Service. We can jointly review the buyer's and cashing agent's watch procedures. We also agreed to establish a work team to determine the feasibility of implementing a guarantee that the payer will know for sure that an item will not be returned in two years for a fraudulent endorsement. This work team was to consider required identifications that could be used when cashing money orders and sent to the US for claims processing. This group will also specify requirements that both the claimant in the United States and the payee in Mexico of a non-received or improperly negotiated U.S. International Postal Money Order be required to have their signatures notarized. We agreed that this work group should include Ed Brown, Jayne Schwarz, Inspectors Ruben Trevino and Jim Parrott from the U.S. Postal Service, and Manuel Abreu, Jaime Schabes, and Luis Esteve from Mexico. It was suggested that each country develop requirements and costs in order to begin telephonic discussions. Recommendations are to be presented to the joint working group.

- The claims processing procedure will be led by Mr. Brown, and reviewed at the next working meeting.

At our December 1997 meeting, we discussed expiration dates on U.S. Postal International Money Orders. It was suggested that the expiration be reduced. Since these money orders may be cashed worldwide, we need to consider the length of time required for transit in all parts of the world. Additionally, creation of a separate bank routing symbol to identify money orders from Mexico was suggested for review.

Our intention is to work with the Banks and Casas of Mexico in order to benefit our money order customers, both the purchaser and the payee. Although all of the above items may not be completed at once, they are points for the working together group to begin discussion and serious efforts to resolve. We look forward to meeting very soon.

Sincerely,

Jayne Schwarz, Manager
Corporate Accounting
...nce

James M. Parrott
United States Postal Inspection Service

# EXHIBIT C

FINANCE

UNITED STATES
POSTAL SERVICE

September 24, 1999

Asociasion Mexicana de Casas de Cambio, A.C.
Lic. Jose Antonio Abel
Ramirez Rodriquez, Director General
Porfirio Diaz No. 102-301
Colonia Nochebuena
Delegacion Benito Juarez
Mexico, D.F. Mexico

Dear Mr. Rodriguez,

Approximately one year ago, members of the United States Postal Service (USPS) money order team met with the Associations of Casas de Cambios and the Associations of Banks. Of particular concern was the charge back of claims by the USPS.

We proposed, and both associations agreed, to pilot a project in hopes of reducing the number of questionable paid claims and, at the same time, increase cashing outlets. For this process, claims related to international money orders sent to individuals in Mexico were handled though exception processing. Before we paid the claimants, the two associations were provided copies of the claims. The associations were to provide proof that proper identification had been provided your members, and that the claims submitted to the USPS need not be paid. This process was based on the premise that the Mexican Casas and banks had obtained and recorded identification of the individuals receiving payments; that is, you did know the customer, as is the requirement in your country.

At great cost, the USPS has provided the association with copies of claim forms prior to payment to the customer. Since the inception of this pilot, we have forwarded approximately 30,000 documents. The associations provided responses to less than 1,000 documents; however proof of identification showing that the casa or bank knew the individual was not provided. Therefore we could not deny any claims. We accordingly hold that all amounts billed you or your correspondent banks are correct and must be paid.

While we have provided this extra service, the number of outlets accepting money orders should have increased. This also did not happen. Based on this evaluation of our pilot, we determined that it is not cost-effective to continue the exception process. Therefore beginning October 1, we will discontinue the pilot with both associations concerning claims for international postal money orders.

Although we must discontinue this pilot, we hope there are other opportunities to work with the combined associations of casas and banks in the future. We want to strengthen our service to our customers and this can only be accomplished with a secure product where the customers are known and identification is provided before we have claims.

Sincerely,

Jayne Schwarz

Jayne Schwarz
Manager, Corporate Accounting

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-5000

GOVERNMENT EXHIBIT
REPLY EX.1