IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, S.A. DE C.V., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-217C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Claudia Burke as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

CLAUDIA BURKE
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor,
1100 L Street, N.W.

Dated: October 25, 2006

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 353-9063
Fax: (202) 514-7965

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of October, I filed electronically this "NOTICE OF APPEARANCE", service of which will be electronically delivered to:

Howard G. Slavit
Saul Ewing
2600 Virginia Ave. N.W.
Washington, D.C. 20037

s/ Claudia Burke