IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, S.A. DE C.V., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-217C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S PARTIAL CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including December 20, 2006, within which to file its reply to the opposition to our motion to dismiss filed by plaintiffs, Arbitraje Casa de Cambio, S.A. DE C.V., et al. ("Arbitraje"). Our response is currently due on November 6, 2006. This is defendant's first request for an enlargement of time for this purpose. The undersigned has contacted counsel for Arbitraje who has stated that his clients consent to a 30-day extension of time, but do not consent to to a 45-day extension of time.

This motion is necessary so that the Government will have sufficient time to finish drafting, incorporate comments of agency counsel, and obtain review of our reply brief. In particular, the enlargement is requested because the undersigned counsel of record for defendant was transferred this case from

the previous Government counsel and, therefore, requires additional time to familiarize herself with the case.

Additionally, since receiving Arbitraje's opposition, the undersigned has been or will be engaged in: preparation of the Government's recommendation whether to petition for a writ of certiorari in Bratsk Aluminum Smelter v. United States, Fed. Cir. No. 15-1213, due on October 23, 2006; and preparation of the Government's opposition to petition for writ of certiorari in Smith v. Nicholson, Fed. Cir. No. 05-7168, due on November 20, 2006 (our draft due on October 30, 2006).

In the Court of Appeals for the Federal Circuit, counsel will be engaged in preparation of the Government's brief in Rodriquez v. Nicholson, No. 2006-7023, due on November 13, 2006, and preparation of the Government's brief in Alpough v. Nicholson, No. 06-7304, due November 30, 2006.

In this Court, counsel will be engaged in: preparation of the Government's brief in Santiago v. United States, No. 05-800C, due on November 17, 2006 (enlargement motion pending-original due date October 30, 2006); preparation of the Government's brief in Noel v. United States, No. 06-586C, due on November 21, 2006, and preparation of the Government's brief in Buehler v. United States, No. 06-382C, due on November 29, 2006.

Also, counsel will be out of the office attending the judicial conference at the Court of International Trade on November 6, 2006. Finally, counsel will be out of the office

from November 30, 2006 - December 1, 2006, and out of the country from December 6, 2006 through December 12, 2006.

For these reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 307-0972

November 2, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2d day of November, 2006, I filed electronically this "DEFENDANT'S PARTIAL CONSENT MOTION FOR ENLARGEMENT OF TIME", service of which will be electronically delivered to:

Howard G. Slavit
Saul Ewing
2600 Virginia Ave. N.W.
Washington, D.C. 20037

s/ Claudia Burke