# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A. DE C.V. et al,** *Plaintiff,* | | Case No. 05-217C |
| v. | | Senior Judge Smith |
| **THE UNITED STATES**, *Defendant.* | | Filed: November 2, 2006 |

**ORDER**

The Court hereby **SCHEDULES** Oral Argument on Defendant's Motion to Dismiss to be held at the United States Court of Federal Claims, Howard T. Markey National Courts Building, Courtroom #9, on January 5, 2007 at 11:00 a.m. EST.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE