# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| *Plaintiffs,* | * | Case No. 05-217C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: November 8, 2006 |
| *Defendant*. | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby **GRANTS** Defendant's Motion for Enlargement of Time. Defendant shall file and serve its Reply to Plaintiffs' Response to Defendant's Motion to Dismiss on or before December 20, 2006. Oral Argument shall remain as scheduled for January 5, 2007 at 11:00 a.m. EST.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge