IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, S.A. DE C.V., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-217C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including January 3, 2007, within which to file its reply to the opposition to our motion to dismiss filed by plaintiffs, Arbitraje Casa de Cambio, S.A. DE C.V., et al. ("Arbitraje"). Our response is currently due on December 20, 2006. This is defendant's second request for an enlargement of time for this purpose. The undersigned has contacted counsel for Arbitraje who states that, in light of the oral argument scheduled for January 5, 2006 (which was scheduled before the reply was due), his client consents to only a seven day enlargement of time.

This motion is necessary so that the Government will have sufficient time to finish drafting, incorporate comments of agency counsel, and obtain review of our reply brief. Although we recognize and sincerely regret that this motion is being filed

just one day before our reply is due, the undersigned has been out of the country and unable to devote the required attention to our reply. Specifically, when the undersigned returned to the office on the afternoon of December 12, 2006, she began work upon the three substantive briefs due between December 15, 2006 and December 21, 2006. Although counsel believed that it would be possible to complete these briefs in a timely fashion, counsel has been unable to do so and requires additional time within which to complete our reply brief.

In particular, in the Court of Appeals for the Federal Circuit, counsel has been engaged in preparation of the Government's brief in Giles v. United States, No. 06-5120, filed on December 6, 2006; and preparation of the Government's brief in Alpough v. Nicholson, No. 06-7304, due December 21, 2006 (previously enlarged from November 20, 2006).

In the Court of International Trade, counsel has been engaged in preparation of the Government's response brief in Paul Muller v. United States, No. 04-522, filed on December 15, 2006.

Also, counsel will be out of the office for the holiday from December 25, 2006 through January 1, 2007.

For these reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 307-0972

December 19, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of December, 2006, I filed electronically this "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME", service of which will be electronically delivered to:

Howard G. Slavit
Saul Ewing
2600 Virginia Ave. N.W.
Washington, D.C. 20037

s/ Claudia Burke