IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, S.A. DE C.V., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-217C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S REPLY IN SUPPORT OF
ITS MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits this reply to the opposition to our motion for a 14-day enlargement of time, filed by plaintiffs, Arbitraje Casa de Cambio, S.A. DE C.V., et al. ("Arbitraje").

Arbitraje opposes our motion for enlargement of time until January 3, 2006 because, according to Arbitraje, if we file our reply on January 3, 2006, counsel for Arbitraje will not have enough time to prepare for oral argument on January 5, 2006. Certainly, counsel can begin preparation for oral argument before it receives our reply, particularly when the briefing concerns solely a legal issue.

Additionally, Arbitraje states that the amount of additional time sought by the Government (in this motion and in our one previous motion) is "disconcerting." Pl. Opp. at 1. Arbitraje

neglects to remind the Court that it sought and was granted three motions of enlargement of time to respond to our motion to dismiss. Specifically, we filed our motion to dismiss on April 10, 2006 and Arbitraje filed its response on October 20, 2006 — over six months after our motion was filed.

Finally, as we demonstrated in our motion for enlargement of time, the undersigned counsel made every attempt to complete our reply in a timely fashion. However, counsel has been out of the country. When counsel returned to the office from abroad on the afternoon of December 12, 2006, she began work upon the three substantive briefs due between December 15, 2006 and December 21, 2006. Although counsel believed that it would be possible to complete these briefs in a timely fashion, counsel has been unable to do so and requires additional time within which to complete our reply brief.

For these reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 307-0972

December 21, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 21ST day of December, 2006, I filed electronically this "DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR ENLARGEMENT OF TIME", service of which will be electronically delivered to:

Howard G. Slavit
Saul Ewing
2600 Virginia Ave. N.W.
Washington, D.C. 20037

s/ Claudia Burke