# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| | * | |
| *Plaintiffs,* | * | Case No. 05-217C |
| | * | |
| v. | * | Senior Judge Smith |
| | * | |
| **THE UNITED STATES**, | * | Filed: January 3, 2007 |
| | * | |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court GRANTS the Plaintiffs' Motion for Enlargement of Time to file its reply to the opposition to Defendant's Motion to Dismiss, to be filed and served on or before January 3, 2007. Oral argument scheduled for January 5, 2007 at 11:00 a.m. is hereby rescheduled to take place on January 12, 2007 at 2:00 p.m. E.S.T. at the United States Court of Federal Claims, Howard T. Markey National Courts Building, Courtroom #9.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge