**NO. 05-217C (Senior Judge Smith)**

---

**IN THE UNITED STATES COURT OF THE FEDERAL CLAIMS**

---

**ARBITRAJE CASA DE CAMBIO, S.A. DE CV., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

---

# DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

---

**PETER D. KEISLER**
**Assistant Attorney General**

**DAVID M. COHEN**
**Director**

**MARK A. MELNICK**
**Assistant Director**

**CLAUDIA BURKE**
**Attorney**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit,**
**8th Floor**
**1100 L St., N.W.**
**Washington, D.C. 20530**
**Tel: (202) 353-9063**
**Fax: (202) 514-7965**

**OF COUNSEL:**
**GARY SHAPIRO**
**Senior Litigation Counsel**
**United States Postal Service**

**January 3, 2006**

**Attorneys for Defendant**

TABLE OF CONTENTS

I. The Court Lacks Jurisdiction To Entertain The Complaint. . . . . . . . . . . . . . . . . . . . 3

A. USPS Issues Money Orders In Its Sovereign Capacity. . . . . . . . . . . . . . . . . 3

B. The Complaint Does Not Meet The Requirements For Contracts Entered Into In USPS's Sovereign Capacity . . . . . . . . . . . . . . . . 6

C. Alternatively, The Complaint Fails To Meet The Requirements Of The CDA.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

D. The Complaint Fails To Allege Sufficient Facts To Demonstrate The Existence Of A Contract. . . . . . . . . . . . . . . . . . . . . . . . . 9

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

# TABLE OF AUTHORITIES

CASES: PAGES:

Arbitraje Casa de Cambio v. United States Postal Service,
297 F. Supp. 2d 165 (D.D.C. 2003). . . . . . . . . . 2

Arbitraje Casa de Cambio v. United States Postal Service,
2004 WL 3257073 (D.D.C. 2004). . . . . . . . . . 2

Awad v. United States,
301 F.3d 1367, 1375 (Fed. Cir. 2002) . . . . . . . . . . 12

Bolognesi v. United States,
189 F. 335 (2d Cir. 1911).. . . . . . . . . . 4, 5

Casa de Cambio Comdiv S.A. de C.V. v. United States,
291 F.3d 1356 (Fed. Cir. 2002). . . . . . . . . . 2

Fed. Crop Ins. Corp. v. Merrill,
332 U.S. 380 (1947).. . . . . . . . . . 11

Flexfab LLC v. United States,
424 F.3d 1254 (Fed. Cir. 2005). . . . . . . . . . 11

Hoch v. United States,
31 Fed. Cl. 111 (1994). . . . . . . . . . 8

Institut Pasteur v. United States,
814 F.2d 624 (Fed. Cir. 1987). . . . . . . . . . 7

James M. Ellett Const. Co., Inc. v. United States,
93 F.3d 1537 (Fed. Cir. 1996). . . . . . . . . . 8

Kania v. United States,
227 Ct. Cl. 458 (1981). . . . . . . . . . 6

Modern Sys. Tech. Corp. v. United States,
979 F.2d 200 (Fed. Cir. 1992). . . . . . . . . . 10

Sanders v. United States,
353 F.3d 1329 (Fed. Cir. 2001). . . . . . . . . . 6

Schnelle v. United States,
69 Fed. Cl. 463 (2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Stewart v. United States,
300 F. Supp. 1047 (E.D. Mich 1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Stovall v. United States,
71 Fed. Cl. 696, 698 (2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Tewani Imports, Inc. v. Norwest Bank, N.A.,
139 F. Supp. 2d 805 (S. D. Tex. 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Total Med. Mgmt., Inc. v. United States,
104 F.3d 1314 (Fed. Cir. 1997). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Trauma Service Group v. United States,
104 F.3d 1321 (Fed. Cir. 1997). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

United States v.. First Nat'l Bank of Boston,
263 F. Supp. 298 (D. Mass. 1967). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

United States v. Northwestern Nat. Bank & Trust Co.,
35 F. Supp. 484 (D. Minn. 1940).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5

**STATUTES:**

39 U.S.C. § 101. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

41 U.S.C. § 609(a)(3).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**REGULATIONS:**

39 C.F.R. § 20.1.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

39 C.F.R. § 111.1.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

48 C.F.R. § 2.101.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11