# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *
**ARBITRAJE CASA DE CAMBIO, S.A., et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * *

Case No. 05-217C

Senior Judge Smith

Filed: January 12, 2007

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, January 30, 2007 at 4:00 p.m. EST to update the Court on the potential for settlement.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge