# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| *Plaintiffs,* | * | Case No. 05-217C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: November 26, 2007 |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the opinion filed on November 19, 2007, the Court hereby ORDERS the parties to file the Joint Preliminary Status Report (JPSR) on or before January 14, 2008. A telephone status conference to discuss the timeline for litigation will be scheduled by subsequent order.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge