IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, SA. DE C.V. et al., | ) | |
| Plaintiff, | ) | No. 05-217C |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Anuj Vohra, replacing Claudia Burke, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Anuj Vohra
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7100
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Anuj Vohra
ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-0521
Fax: (202) 307-7644
E-mail:Anuj.Vohra@usdoj.gov

Dated: December 7, 2007

CERTIFICATE OF FILING

I hereby certify that on December 7, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra