# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | | |
| *Plaintiffs,* | | Case No. 05-217C |
| v. | | Senior Judge Smith |
| **THE UNITED STATES**, | | Filed: December 7, 2007 |
| *Defendant*. | | |

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Thursday, January 24, 2008 at 3:00 p.m. EST to discuss the timeline for litigation.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge