IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO, SA. DE C.V. et al., | ) | |
| Plaintiff, | ) | No. 05-217C |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME,
OUT OF TIME, WITHIN WHICH TO FILE ITS RESPONSE

Pursuant to Rules 6(b)(2) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that this Court grant an enlargement of 26 days, to and including December 31, 2007, within which to prepare and file our response to plaintiff's complaint in the above-captioned matter. Pursuant to RCFC 12(a), defendant's response was due on December 5, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

This request is necessary because this case was recently reassigned to the undersigned counsel at the Department of Justice, after the Court issued its November 19, 2007 Order denying defendant's motion to dismiss. The undersigned was unaware that a response to plaintiff's complaint had not yet been filed. It was indisputably defendant's counsel's obligation to file a timely response, but our failure to do so was the result of excusable neglect, in that the undersigned did not become aware that a response had not been filed until after he began his review of the case materials. Our failure to file a response was not a willful violation of this Court's rules. We apologize to the Court and to opposing counsel for not meeting the deadline,

and regret any inconvenience this may have caused the Court or opposing counsel.

The requested enlargement of time is necessary to allow defendant's counsel an opportunity to review the case and its procedural history, which dates back to 2003, coordinate the contents of our response with agency counsel, and obtain the necessary internal review prior to its filing.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 26 days, to and including December 31, 2007, in which to file the Government's response to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Anuj Vohra
ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 353-0521
Fax: (202) 305-7644

December 12, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 12, 2007, a copy of the foregoing "Defendant's Unopposed Motion For An Enlargement Of Time, Out Of Time, Within Which To File Its Response" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra