# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| | * | |
| *Plaintiffs*, | * | Case No. 05-217C |
| | * | |
| v. | * | Senior Judge Smith |
| | * | |
| **THE UNITED STATES**, | * | Filed: December 13, 2007 |
| | * | |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Enlargement of Time. In consideration of the upcoming holidays, Defendant shall file and serve its Answer on or before January 4, 2008.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge