# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| *Plaintiffs*, | * | Case No. 05-217C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: January 10, 2008 |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Plaintiffs' Motion for Enlargement of Time. The parties shall file the Joint Preliminary Status Report on or before February 15, 2008. The telephone status conference currently scheduled for January 24, 2008 is hereby postponed and will be rescheduled by subsequent order.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge