IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO<br>S.A. DE C.V., et al.,<br><br>Plaintiffs<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-217C<br>Senior Judge Smith |

**MOTION OF SAUL EWING LLP FOR LEAVE TO WITHDRAW APPEARANCE AS ATTORNEYS FOR PLAINTIFFS**

1. Saul Ewing LLP has entered its appearance and is currently representing all plaintiffs, Arbitraje Casa De Cambio, S.A. De C.V.; Asesoria Cambiaria, Casa De Cambio, S.A. De C.V.; C.B.I. Casa De Cambio, S.A. De C.V.; De Cambio Dinex, S.A. De C.V.; Casa De Cambio Puebla, S.A. De C.V.; Casa De Cambio Tiber, S.A. De C.V.; Intercam Casa De Cambio, S.A. De C.V.; and S.C. Divisas Casa De Cambio, S.A. De C.V. (collectively the "Casas Plaintiffs") in this case.

2. This is a complex case involving a breach of contract dispute relating to an agreement between Plaintiffs and the United States Postal Service (USPS) to reimburse Plaintiffs for reclaimed funds associated with money orders that the Casas Plaintiffs had cashed. The amount in dispute exceeds $ 8 million.

3. Saul Ewing has been providing services to the Casas Plaintiffs pursuant to the terms of an engagement letter dated August 24, 2006.

4. The Casas Plaintiffs agreed to pay Saul Ewing for its legal services based upon the hourly rates normally charged by Saul Ewing for the time of its attorneys and professional

staff. The Casas Plaintiffs also agreed to reimburse Saul Ewing for expenses incurred relating to the representation.

5. In accordance with the agreement, Saul Ewing has begun to provide legal services to the Casas Plaintiffs and send monthly bills to the Casas Plaintiffs' c/o Juan Najera, Plaintiffs' local counsel in Mexico, for its professional services and expenses. The Casas Plaintiffs agreed to pay these bills upon receipt.

6. As the case has progressed, despite repeated requests, the Casas Plaintiffs have refused to make timely payments to Saul Ewing for legal work necessary for preparing of the case, and have refused to make payments Saul Ewing believes are appropriate or to provide any retainer to Saul Ewing to continue with this complex case..

7. This case is in its beginning stages. The parties' Joint Preliminary Status Report (JPSR) is due on February 15, 2008. No discovery has yet been conducted.

8. Pursuant to Rule 83.1(c)(6) of the rules of this Court, Saul Ewing has informed Juan Najera, local counsel in Mexico for Plaintiffs, that it will be seeking to withdraw from the case due to the Plaintiffs' failure to make timely payments and to provide additional funds for a retainer.

9. Mr. Najera has understood and accepted Saul Ewing's decision to withdraw, and has informed Plaintiffs that they will have to arrange for substitute counsel.

WHEREFORE, Saul Ewing LLP respectfully requests that this Court grant its motion for leave to withdraw its appearance as attorneys for the Casas Plaintiffs in this case and grant an additional sixty days from the date that this motion is granted for the parties to file the JPSR.

February 11, 2008

Respectfully submitted,

/s/ Howard G. Slavit___
Howard G. Slavit
DC Bar No. 962886
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000 . The Watergate
Washington, DC 20037-1922
(202) 333-8800 (tel.)
(202) 337-6065 (fax)

Mark C. Cawley
DC Bar No. 468611
SAUL EWING LLP
3800 Centre Square West
1500 Market St.
Philadelphia, PA 19102
(215) 972-1887 (tel.)
(215) 972-2298 (fax)

*Counsel for the Plaintiffs*

**CERTIFICATE OF FILING**

I hereby certify that on February 11, 2008, a copy of the following was filed electronically: 1) Motion of Saul Ewing LLP for Leave to Withdraw Appearance as Attorneys for Plaintiff, 2) Memorandum of Law in support of this Motion, and 3) Order. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark C. Cawley