**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO S.A. DE C.V., et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 05-217C |
| | ) | Senior Judge Smith |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF SAUL EWING LLP FOR LEAVE TO WITHDRAW APPEARANCE AS ATTORNEYS FOR PLAINTIFFS**

Pursuant to Rule 83.1(c)(6) of the United States Court of Federal Claims, Saul Ewing LLP submits this memorandum of law in support of its motion for leave to withdraw its appearance as attorneys for plaintiffs Arbitraje Casa De Cambio, S.A. De C.V.; Asesoria Cambiaria, Casa De Cambio, S.A. De C.V.; C.B.I. Casa De Cambio, S.A. De C.V.; De Cambio Dinex, S.A. De C.V.; Casa De Cambio Puebla, S.A. De C.V.; Casa De Cambio Tiber, S.A. De C.V.; Intercam Casa De Cambio, S.A. De C.V.; and S.C. Divisas Casa De Cambio, S.A. De C.V. (collectively referred to as the "Casas Plaintiffs" or "Plaintiffs").

## I. Introduction and Factual Background

Saul Ewing has entered its appearance and is currently representing the Casas Plaintiffs in this case. Saul Ewing has been providing services to the Casas Plaintiffs pursuant to the terms of an engagement letter dated August 24, 2006. The Casas Plaintiffs agreed to pay Saul Ewing for its legal services based upon the hourly rates normally charged by Saul Ewing for the time of its attorneys and professional staff. The Casas Plaintiffs also agreed to reimburse for expenses incurred relating to the representation.

In accordance with the agreement, Saul Ewing has begun to provide legal services to the Casas Plaintiffs and send monthly bills to the Casas Plaintiffs' c/o Juan Najera, Plaintiffs' local counsel in Mexico, for its professional services and expenses. The Casas Plaintiffs agreed to pay these bills upon receipt.

This is a complex case involving a breach of contract dispute relating to an agreement between Plaintiffs and the United States Postal Service (USPS) to reimburse Plaintiffs for reclaimed funds associated with money orders that the Casas Plaintiffs had cashed. The amount in dispute exceeds $ 8 million. As the case has progressed, the Casas Plaintiffs have repeatedly failed to make timely payments to Saul Ewing for legal work necessary for preparing this case. Currently, a substantial balance is outstanding for legal fees and expenses Saul Ewing has incurred in this matter. Despite repeated requests, the Casas Plaintiffs have refused to pay this balance. This case is in its beginning stages. The parties' Joint Preliminary Status Report (JPSR) is due on February 15, 2008. No discovery has yet been conducted.

Pursuant to Rule 83.1(c)(6) of the rules of this Court, Saul Ewing has informed Juan Najera, local counsel in Mexico for Plaintiffs, that it will be seeking to withdraw from the case due to the Plaintiffs' failure to make timely payments and to provide additional the additional retainer amount. Mr. Najera has accepted Saul Ewing's decision to discontinue representation, and has informed the Casas Plaintiffs that they will have to arrange for substitute counsel.

Saul Ewing's withdraw will not have a materially adverse effect on the interests of the Casas Plaintiffs.

## II. Argument

This Court has permitted attorneys to withdraw as counsel of record when the client fails to comply with its contractual obligation to pay legal costs and fees as required by an agreement. *Cherokee Nation of Oklahoma et al. v. United States*, 42 Fed. Cl. 15, 17 (1998). Here, the Casas Plaintiffs have failed to comply with the terms of the engagement letter by repeatedly failing to make timely payments for legal work and expenses incurred in connection with this case. Saul Ewing has requested numerous times that Plaintiffs submit outstanding payments for legal fees and expenses. Currently, a substantial balance remains outstanding for legal fees and expenses Saul Ewing has incurred in this matter. This balance has been outstanding for nearly a year. Additionally, Plaintiffs have refused to provide Saul Ewing with a retainer in this complex case.

Pursuant to Rule 83.1(c)(6) of the rules of this Court, Saul Ewing has informed Plaintiffs' local counsel in Mexico, Mr. Najera, that it will be seeking to withdraw from the case due to the Plaintiffs' failure to make timely payments. Mr. Najera has accepted Saul Ewing's decision and has informed Plaintiffs that they will need to arrange for substitute counsel.

Based on the Casas Plaintiffs' substantial failure to fulfill their payment obligation to Saul Ewing pursuant to their engagement agreement, Saul Ewing respectfully requests this Court's permission to withdraw as the Casas Plaintiffs' counsel. Because this case is in the beginning states and discovery has not yet been conducted, the Casas Plaintiffs will not be prejudiced by Saul Ewing's withdrawal.

Further, as the February 15, 2008 deadline for filing the JPSR is approaching and Saul Ewing has not yet been informed that the Casas Plaintiffs have found substitute counsel, Saul Ewing also requests that the Court grant an additional sixty days from the date that this motion is granted for the parties to file the JPSR.

## III. Conclusion

For the foregoing reasons, Saul Ewing LLP respectfully requests that this Court grant its motion to withdraw as counsel to the Casas Plaintiffs in this case and grant an additional thirty days from the date that this motion is granted for the parties to file the JPSR.

February 11, 2008

Respectfully submitted,

/s/ Howard G. Slavit__________

Howard G. Slavit
DC Bar No. 962886
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000 . The Watergate
Washington, DC 20037-1922
(202) 333-8800 (tel.)
(202) 337-6065 (fax)

Mark C. Cawley
DC Bar No. 468611
SAUL EWING LLP
3800 Centre Square West
1500 Market St.
Philadelphia, PA 19102
(215) 972-1887 (tel.)
(215) 972-2298 (fax)

*Counsel for the Plaintiffs*