**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARBITRAJE CASA DE CAMBIO S.A. DE C.V., et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 05-217C |
| | ) | Senior Judge Smith |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this _____ day of _______________, 2008, upon consideration of the Motion of Saul Ewing LLP for Leave to Withdraw as Attorneys for Plaintiffs and any opposition thereto, it is hereby ORDERED that the motion is GRANTED.

Plaintiffs shall have sixty days from the date of this Order to obtain substitute counsel and to submit the Joint Preliminary Status Report.

_________________________
Judge