# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *
**ARBITRAJE CASA DE CAMBIO, S.A., et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * *

Case No. 05-217C

Senior Judge Smith

Filed: February 15, 2008

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, February 26, 2008 at 11:45 am to discuss the Motion of Saul Ewing LLP for Leave to Withdraw Appearance as Attorneys for Plaintiffs. The filing of the Joint Preliminary Status Report is hereby **STAYED**.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge