# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
*
**ARBITRAJE CASA DE CAMBIO, S.A., et al.,** *
*
*
*Plaintiffs,* * Case No. 05-217C
*
v. * Senior Judge Smith
*
**THE UNITED STATES**, * Filed: April 22, 2008
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Thursday, April 24, 2008 at 3:00 pm to discuss the Motion of Saul Ewing LLP for Leave to Withdraw Appearance as Attorneys for Plaintiffs.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge