# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *

**ARBITRAJE CASA DE CAMBIO, S.A., et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

Case No. 05-217C

Senior Judge Smith

Filed: April 24, 2008

## ORDER

Pursuant to the telephone status conference held on April 24, 2008, the Court hereby directs Plaintiffs, Arbitraje Casa de Cambio, S.A., et al, to obtain substitute counsel within thirty days. If, at the expiration of the thirty days, Plaintiffs have not obtained substitute counsel and cannot provide extenuating circumstances for their failure to do so, the Court will, in the interest of justice, grant the Motion of Saul Ewing LLP to withdraw. This will require the Court to dismiss the case under RCFC 83.1(c)(8).

The Court further **SCHEDULES** a telephone status conference for Thursday, May 22, 2008 at 3:00 p.m.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge