# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| *Plaintiffs,* | * | Case No. 05-217C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: May 23, 2008 |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephone status conference held on May 22, 2008, the Court hereby grants Plaintiffs, Arbitraje Casa de Cambio, S.A., et al, an extension of time to obtain substitute counsel. The Court further **SCHEDULES** a telephone status conference for Thursday, July 31, 2008 at 3:00 pm. If Plaintiffs have not obtained substitute counsel by July 31, 2008 the Court will, in the interest of justice, grant the Motion of Saul Ewing LLP to withdraw. This will require the Court to dismiss the case under RCFC 83.1(c)(8).

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge