# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| | * | |
| *Plaintiffs,* | * | Case No. 05-217C |
| | * | |
| v. | * | Senior Judge Smith |
| | * | |
| **THE UNITED STATES**, | * | Filed: July 24, 2008 |
| | * | |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for Thursday, July 31, 2008 to Wednesday, August 6, 2008 at 3:00 pm. If Plaintiffs have not obtained substitute counsel by August 6, 2008 the Court will, in the interest of justice, grant the Motion of Saul Ewing LLP to withdraw. This will require the Court to dismiss the case under RCFC 83.1(c)(8).

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge