# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ARBITRAJE CASA DE CAMBIO, S.A., et al.,** | * | |
| *Plaintiffs,* | * | Case No. 05-217C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: August 7, 2008 |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on August 6, 2008, the Court hereby grants Plaintiffs, Arbitraje Casa de Cambio, S.A., et al, a final extension of time to obtain substitute counsel. Plaintiffs have until Monday, October 6, 2008 to obtain new counsel. If a new Notice of Appearance has not been filed by October 6, 2008, the Court will automatically GRANT the Motion for Withdrawal and will DISMISS the case under RCFC 83.1(c)(8).

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge